UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD M. ALMEIDA, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No.: 2:11-cv-00061-GMN-LRL |
| | ) | |
| UNITED STATES CITIZENSHIP AND | ) | **ORDER** |
| IMMIGRATION SERVICES, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

     Presently before the Court is Petitioner's Motion to Amend Certificate of Naturalization (ECF No. 1). Petitioner's Certificate of Naturalization was issued on July 3, 1986. Because this means that final action has already been taken on Petitioner's petition for naturalization, his Motion for the Court to amend his Certificate of Naturalization must be served upon the United States Citizenship and Immigration Services district director having administrative jurisdiction over the territory in which the Court is located.[1] *See* 8 C.F.R. § 334.16(b). Petitioner has not filed proof of service with regard to any party.

     In order for the Court to consider his Motion, Petitioner must send a copy of his Motion and a copy of this Order via registered or certified mail to the following three individuals:

- Attorney General Eric Holder
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

- United States Attorney Daniel G. Bogden
  333 Las Vegas Blvd. South, Suite 5000
  Las Vegas, NV 89101

---

[1] As of June 14, 2010, the district director having administrative jurisdiction over Nevada was John Kramar of the Phoenix District Office, 2035 North Central Avenue, Phoenix, AZ 85004-1548.

• Phoenix District Director USCIS John Kramar
2035 North Central Avenue
Phoenix, AZ 85004-1548

Plaintiff must file proof of service with regard to all of these individuals within thirty (30) days of the date on which this Order is entered.  Failure to abide by this Order will result in the denial of Petitioner's Motion.

IT IS HEREBY ORDERED that Petitioner must mail the three individuals listed above his Motion to Amend Certificate of Naturalization (ECF No. 1) and this Order, and must file proof of that service within thirty (30) days of the date on which this Order is entered.

IT IS FURTHER ORDERED that a hearing on Petitioner's Motion will take place on _____April 14_____, 2011, at the hour of ___1:30pm___ in Courtroom 7D at the Lloyd D. George Federal Courthouse in Las Vegas, Nevada.

DATED this 23rd day of February, 2011.

_____
Gloria M. Navarro
United States District Judge