DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RICHARD M. ALMEIDA,            )
                               ) Case No. 2:11-cv-00061-GMN-LRL
            Petitioner,        )
     v.                        ) MOTION TO ADMIT GOVERNMENT
                               ) ATTORNEY
UNITED STATES CITIZENSHIP AND  )
IMMIGRATION SERVICES, et al.,  )
                               )
            Respondents.       )

**COMES NOW** Respondents by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Assistant United States Attorney Carlos A. Gonzalez, pursuant to LR-IA-10-3, for the admission of Troy Liggett to the Bar of this Court for the purpose of representing the defendant, United States Citizenship and Immigration Services, in the above-captioned litigation.

Troy Liggett is a member in good standing of the State Bar of Florida Bar # 0086788 and Washington D.C. Bar # 995073. He is an attorney employed by the United States Department of Justice, Office of Immigration Litigation - District Court Section. His office is located in Washington, D.C.

1    It is respectfully requested that an order be issued
2 permitting Troy Liggett to practice before this court in this
3 action.

4

5 Dated: October 3, 2011.         Respectfully submitted,

6                                 DANIEL G. BOGDEN
                                  United States Attorney
7

8                                 //S// CARLOS A. GONZALEZ
                                  CARLOS A. GONZALEZ
9                                 Assistant United States Attorney

10

11

12
                                  IT IS SO ORDERED:
13

14
     DATED : 10-7-11
15                                 _____
16                                 UNITED STATES MAGISTRATE JUDGE

-2-

**PROOF OF SERVICE**

I, Carlos A. Gonzalez, AUSA, certify that the following individual was served on this date by the below identified method of service:

Electronic Case Filing (ECF)

Romeo R. Perez, Esq.
Law Office of Romeo R. Perez, P.C.
3100 East Charleston Blvd., #112
Las Vegas, Nevada 89104
702-214-7244
romeorperez@hotmail.com

DATED: October 3, 2011.

    /s/ Carlos A. Gonzalez
Carlos A. Gonzalez
Assistant United States Attorney